**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald Ray LANGDON, Defendant–Appellant.**

**No. 08–16297**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 10, 2009.

Ronald Ray Langdon, Herlong, CA, pro se.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, PRYOR and COX, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Ronald Ray Langdon, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's order denying Langdon's motion for relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED.**